UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC., et al., | CASE NO. C25-2485-KKE |
| Plaintiff(s), | ORDER TO SHOW CAUSE |
| v. | |
| SHENZHEN ZHIDA ANDA TRADING CO LTD, et al., | |
| Defendant(s). | |

Plaintiffs Amazon.com Inc., Amazon.com Services LLC, and UL LLC filed this case on December 5, 2025.  Dkt. No. 1.  Under Federal Rule of Civil Procedure 4(m), a plaintiff must serve the complaint within 90 days of filing.  No proof of service has been filed.  Accordingly, Plaintiffs are ORDERED to show cause no later than April 27, 2026, why this case should not be dismissed for failure to prosecute.  If Plaintiffs do not respond to this order, the Court will dismiss the case without prejudice.

Dated this 13th day of April, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 1