UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC., et al.,<br><br>                    Plaintiff(s),<br><br>         v.<br><br>SHENZHEN ZHIDA ANDA TRADING CO LTD, et al.,<br><br>                    Defendant(s). | CASE NO. C25-2485-KKE<br><br>ORDER DENYING STIPULATED MOTION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION |

This matter is before the Court on the parties' stipulated motion for entry of a consent judgment and permanent injunction. Dkt. No. 12. The parties indicate that they have resolved their dispute but nonetheless ask the Court to "retain exclusive personal and subject matter jurisdiction to enforce the terms of this Judgment and Permanent Injunction." *Id.* at 2. While the Court would grant the parties' request for voluntary dismissal, the motion fails to provide the requisite information that district courts consider in determining whether to enter a consent judgment. *See Eli Lilly & Co. v. Alderwood Surgical Ctr. LLC*, 2:24-CV-00878-LK, 2025 WL 2697126, at *1–2 (W.D. Wash. Sep. 22, 2025). Specifically, "because a consent judgment requires the Court to expend time and resources to supervise a private settlement agreement, in choosing whether such a judgment should issue, district courts must ensure that the 'proposed consent judgment … is fair, reasonable and equitable and does not violate the law or public policy.'" *Id.* (quoting *Sierra Club, Inc. v. Elec. Controls Design, Inc.*, 909 F.2d 1350, 1355 (9th Cir. 1990)).

ORDER DENYING STIPULATED MOTION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION - 1

"Consent decrees entered in federal court must be directed to protecting federal interests," and accordingly "must further the objectives of the law upon which the complaint was based." *Frew v. Hawkins*, 540 U.S. 431, 437 (2004).

Here, the parties' stipulated motion neither addresses these issues nor explains why a stipulated dismissal would be insufficient. *Eli Lilly*, 2025 WL 2697126 at *2. As such, the motion is denied without prejudice to re-filing. Dkt. No. 12. Any renewed request must address the factors identified in the authority cited above.

Dated this 22nd day of June, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DENYING STIPULATED MOTION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION - 2