The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and UL LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> SHENZHEN ZHIDA ANDA TRADING CO., LTD., a Chinese corporation; and DOES 1-10, <br><br> Defendants. | No. 2:25-cv-02485-KKE <br><br> **ORDER GRANTING PLAINTIFFS' *EX PARTE* RENEWED MOTION FOR ENTRY OF PROPOSED CONSENT JUDGMENT** |

THIS MATTER came before the Court on the *Ex Parte* Motion to File Over-length Renewed Motion for Entry of Proposed Consent Judgment brought by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and UL LLC (collectively, "Plaintiffs") (the "Motion"), pursuant to Local Civil Rule 7(f). The Court, having considered the Motion and finding good cause, **GRANTS** Plaintiffs leave to file a renewed motion for entry of proposed consent judgment not to exceed 3,800 words.

//

//

//

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 1
(2:25-cv-02485-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

SO ORDERED this 9th day of July, 2026.

_Kymberly K Evanson_
_____
Kymberly K. Evanson
United States District Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*/s/ Scott Commerson*
Scott R. Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 2
(2:25-cv-02485-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax